UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                v.                            Civil No. 09-mc-29-JL

<u>William J. Ganem</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Muirhead dated August 11, 2009, no objection having been filed.

The taxpayer, William J. Ganem, is ordered to obey the summons and appear on September 29, 2009 at 9:00 a.m. at 1000 Elm Street, Suite 300, Manchester, New Hampshire, before Peter M. Lighthall, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of February 4, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

Date:  August 31, 2009                    <u>/s/ Joseph N. Laplante</u>
                                                    Joseph N. Laplante
                                                    United States District Judge

cc:    Michael T. McCormack, AUSA
        William J. Ganem